(09/2013)

| TRANSFER OF JURISDICTION | DOCKET NUMBER (Tran. Court) 0205 3:18CR00275-001 |
| --- | --- |
| | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE William Scott | DISTRICT CONNECTICUT | DIVISION |
| --- | --- | --- |
| | NAME OF SENTENCING JUDGE Honorable Janet B. Arterton, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 06/02/2020 | TO 06/01/2023 |

**OFFENSE**
UNLAWFUL TRANSPORT OF FIREARMS - ETC.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF CONNECTICUT

 IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 29, 2021
Date

_/s/ Janet Bond Arterton_
United States District Judge
Janet Bond Arterton

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF MASSACHUSETTS

 IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
Date

_____
United States District Judge

Print Form    Save As